UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

LY HOANG ANH,

                Petitioner,

     v.

UNITED STATES IMMIGRATION AND
CUSTOMS ENFORCEMENT et al.,

                Respondents.

CASE NO. 2:26-cv-00907-DGE

ORDER TO SHOW CAUSE

On March 16, 2026, Petitioner filed an application to proceed *in forma pauperis* ("IFP") with a proposed petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.  (Dkt. No. 1.) He is currently detained at the Northwest Immigration and Customs Enforcement Processing Center ("NWIPC") in Tacoma, Washington.  (Dkt. No. 1-1 at 2.)

On March 18, 2026, the Court granted Petitioner's application to proceed IFP.  (Dkt. No. 3.)  However, the proposed petition only lists "United States (ICE) Immigration & Customs Enforcement" and "Pamila Bondi" as Respondents.  (*See* Dkt. No. 1-1 at 1.)  "[H]abeas petitioners challenging their present physical confinement [must] name their immediate

ORDER TO SHOW CAUSE - 1

custodian, the warden of the facility where they are detained, as the respondent to their petition." *Doe v. Garland*, 109 F.4th 1188, 1197 (9th Cir. 2024); *see also Rumsfeld v. Padilla*, 542 U.S. 426, 439 (2004); *Rivera-Trigueros v. Becerra*, 720 F. Supp. 3d 808, 811–813 (N.D. Cal. 2024). If a petitioner fails to do so, the district court lacks jurisdiction over the petition. *Doe*, 109 F.4th at 1195–1197. For this matter to proceed, Petitioner must name his current custodian as a respondent. Otherwise, the Court does not have jurisdiction to review the petition.

Accordingly, the Court ORDERS Petitioner to show cause why his current petition should not be dismissed without prejudice for failing to name the proper respondent(s) or, in the alternative, grants Petitioner leave to amend his petition to name and serve the proper respondent(s). The Court will not take any further action on Petitioner's petition for writ of habeas corpus until either a response to this Order is filed or a properly amended petition is filed and served on the proper respondent(s). A scheduling order will not be issued until Petitioner responds to this Order.

The Court will provide Petitioner until **April 8, 2026**, to respond, though Petitioner may respond sooner. If no response is received by such date, the Court will dismiss the petition without prejudice.

The Clerk is directed to calendar this event and to send uncertified copies of this Order to all counsel of record and to any party appearing pro se at said party's last known address.

Dated this 18th day of March 2026.

David G. Estudillo
United States District Judge

ORDER TO SHOW CAUSE - 2