UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

LY HOANG ANH,

                              Petitioner,

        v.

UNITED STATES IMMIGRATION AND
CUSTOMS ENFORCEMENT et al.,

                              Respondents.

CASE NO. 2:26-cv-00907-DGE

MINUTE ORDER

The following Minute Order is made by direction of the Court, United States District Judge David G. Estudillo:

On May 6, 2026, this Court denied Petitioner's petition for writ of habeas corpus (Dkt. No. 7) because Petitioner had not yet passed out of the six-month presumptively reasonable detention period under the framework set forth in *Zadvydas v. Davis*, 533 U.S. 678 (2001).  (Dkt. No. 13.)  On May 12, 2026, Petitioner's traverse to his habeas petition, as well as a motion for

MINUTE ORDER - 1

temporary restraining order ("TRO"), were entered on the Court's docket.[1]  (*See* Dkt. Nos. 15, 15-1.)

The Court has reviewed Petitioner's traverse and motion for TRO and concludes the analysis in its order denying habeas relief on May 6, 2026, is unaffected by either filing.  (*See* Dkt. No. 13.)  As the Court identified in its order, Petitioner is directed to file a *new* petition for writ of habeas corpus after (1) he has been detained in excess of six months, if he believes he can establish his removal is not likely to occur in the reasonably foreseeable future; or (2) if he has evidence of possible third country removal and he objects to such third country removal.  (*Id.* at 9.)  Petitioner's motion for TRO (Dkt. No. 15-1) is therefore DENIED.  This case remains closed.

The Clerk is directed to send Petitioner a copy of the Court's "Petition for a writ of habeas corpus under 28 U.S.C. § 2241 – Immigration Cases Information Sheet" alongside this order.

Dated this 12th day of May 2026.

The foregoing Minute Order authorized by THE HONORABLE DAVID G. ESTUDILLO, UNITED STATES DISTRICT JUDGE.

---

[1] Petitioner's petition was originally noted for April 27, 2026 (*see* Dkt. No. 8) but the Court waited until May 6 to enter its order to allow time for Petitioner to mail his traverse, if he intended to file one.

MINUTE ORDER - 2